Commonwealth *v.* LaRue, Appellant.

Submitted January 5, 1970. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Melvine Dildine,* Assistant Defender, and *Vincent J. Ziccardi,* Acting Defender, for appellant.

*Irwin L. Gross,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, April 28, 1970:

In this PCHA proceeding appellant's only substantive claim is that the indictment upon which his conviction is based was illegally altered at the time of his trial. According to appellant, the grand jury returned two true bills against him, a number 672 charging man-

slaughter and a number 673 charging murder. Both bills were entirely regular in their form except that No. 673 was undated. He further asserts that at the time of his trial the assistant district attorney, upon seeing that No. 673 was undated, took the bill and dated it himself.

After hearing appellant's contentions and examining the records in his Quarter Sessions file, the hearing court decided that his claim was factually groundless. Having been offered no reason to disturb this finding, we affirm.